IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICIA HILL,                                                                                            PLAINTIFF
ADC #716846

v.                                           4:22CV00403-KGB-JTK

LANE                                                                                                        DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objections; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

**I.    Introduction**

Patricia Hill ("Plaintiff") is in custody at the Wrightsville Unit of the Arkansas Division of Correction. She filed a pro se civil action under 42 U.S.C. § 1983. (Doc. No. 1). Plaintiff did not pay the $402.00 administrative and filing fee or file an application to proceed in forma pauperis ("IFP Motion").

On May 6, 2022, the Court directed Plaintiff to either (1) pay the $402.00 administrative and filing fee, or (2) file an IFP Motion within thirty (30) days. (Doc. No. 2). The Court advised Plaintiff that if she did not respond to the May 6 Order within 30 days, her case may be dismissed

without prejudice. (Id. at 2). To date, Plaintiff has not paid the administrative or filing fee, filed an IFP Motion, or otherwise responded to the Court's order.

Rule 5.5(c)(2) of the Local Rules for the United States District Court for the Eastern and Western Districts of Arkansas provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself must sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* must be expected to be familiar with and follow the Federal Rules of Civil Procedure.

LOCAL RULE 5.5(c)(2). Because Plaintiff has not responded to the Court's May 6, 2022 Order, her case should be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 41(b).

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint be DISMISSED without prejudice for failure to prosecute.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith..

Dated this 10th day of June, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE