**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PATRICIA HILL,**                                                                    **PLAINTIFF**
**ADC #716846**

**v.**                            **Case No. 4:22-cv-00403-KGB-JTK**

**LANE**                                                                              **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3).   No objections have been filed, and the time to file objections has passed.   After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 3).

It is therefore ordered that:

1.      The Court dismisses without prejudice plaintiff Patricia Hill's complaint for failure to prosecute (Dkt. No. 1).

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 30th day of January, 2023.

Kristine G. Baker
United States District Judge