**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PATRICIA HILL,**                                                                                                **PLAINTIFF**
**ADC #716846**

**v.**                                        **Case No. 4:22-cv-00403-KGB-JTK**

**LANE**                                                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Patricia Hill's claims are dismissed without prejudice. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 30th day of January, 2023.

_____
Kristine G. Baker
United States District Judge